UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAID ABDUL,<br><br>                Petitioner,<br><br>    v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                Respondent. | Case No. C20-0690-RAJ<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation;

(2)    The Government's motion to dismiss (Dkt. 5) is GRANTED in part and DENIED in part;

(3)    Petitioner's habeas petition (Dkt. 1) is GRANTED in part and DENIED in part;

(4)    Petitioner's request for release is DENIED;

ORDER OF DISMISSAL - 1

(5) Petitioner's request for a bond hearing is GRANTED. **Within 30 days** of the date of this order, the Government shall provide Petitioner with a bond hearing pursuant to *Diouf v. Napolitano* ("*Diouf II*"), 634 F.3d 1081 (9th Cir. 2011), and *Aleman Gonzalez v. Barr*, 955 F.3d 762 (9th Cir. 2020); and

(6) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

Dated this 28th day of October, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge