UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAID ABDUL,<br><br>                    Petitioner,<br><br>     v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                    Respondent. | Case No. C20-0690-RAJ<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL AS MOOT |

This matter is before the Court on Petitioner's Request for Appointment of Counsel. Dkt. # 11. Petitioner Said Abdul ("Petitioner") requests that the Court appoint counsel to represent him in responding to Respondent ICE Field Office Director's ("Respondent") Objection to the Report and Recommendation, Dkt. # 10. Petitioner also requests representation if the Court concludes an evidentiary hearing is necessary.

There is no constitutional right to appointment of counsel in 28 U.S.C. § 2241 habeas actions; however, the Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A(a)(2)(B). Appointment of counsel in a habeas proceeding is mandatory only if the district court determines that an evidentiary hearing is required. *See Terrovona v.*

ORDER DENYING MOTION TO
APPOINT COUNSEL AS MOOT - 1

*Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts ("If an evidentiary hearing is required the judge shall appoint counsel for a petitioner who qualifies for the appointment of counsel under 18 U.S.C. § 3006A(g)").

Here, the Court adopted the Honorable Mary Alice Theiler's Report and Recommendation in full, granting Petitioner's request for a bond hearing. The Court did not find that an evidentiary hearing before the Court was necessary. Given the Court's conclusions, Petitioner's request for counsel to represent him in responding to Respondent's objection to Magistrate Judge Theiler's recommendation that Petitioner be provided with a bond hearing and for an evidentiary hearing if deemed necessary is **DENIED** as moot.

Dated this 28th day of October, 2020.

_____
The Honorable Richard A. Jones
United States District Judge